IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REGINA S. MAESTAS,

    Plaintiff,

vs.                                                                                             Civ. No. 01-1080 WWD/LFG ACE

WALGREEN DRUG STORE NO. 1820,

    Defendant.

## MEMORANDUM OPINION AND ORDER

      This matter comes before the Court *sua sponte* for reconsideration of Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, of the Claim of Retaliatory Discharge (Docket # 39) filed June 11, 2002. I previously denied the motion for reasons other that the merits which I need not detail. Suffice it to say I failed to see Defendant's attempt to put certain matters before me in anticipation of a rule change, and Plaintiff failed to file all her response and failed to mark the portions of attached exhibits on which she relied. I now would like to be able to review my ruling with all the submissions in proper form at hand. Plaintiff should re-file her entire response to the motion with all exhibits properly highlighted.

I do not believe that it is necessary for Defendant to re-file its exhibits unless the deposition references incorporated by reference in the Defendant's footnote #1 to the instant motion are not the references specifically applying to this motion. I do not equate the respective "mistakes" of counsel to be of equal order; and although I do not wish to belabor the matter, it is

incomprehensible to me that Plaintiff's counsel has not sought, at least, to add the pages missing in his brief.

**WHEREFORE,**

**IT IS ORDERED** that on or before July 31, 2002, Plaintiff shall file a Response to the Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, of the Claim of Retaliatory Discharge (Docket # 39) containing all the pages originally intended to be filed, and that all exhibits thereto shall be highlighted in accordance with the rules of this court.

_____
UNITED STATES MAGISTRATE JUDGE